EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI  #2286
Chief, Drug/Organized Crime Section

THOMAS J. BRADY  #4472
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
tom.brady@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 06 2005

at __ o'clock and __ min __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR05-00361DAE |
| Plaintiff, ) | |
| ) | INFORMATION |
| vs. ) | |
| ) | [21 U.S.C. § 841(a)(1)] |
| DARREN P. RAMONES, ) | |
| ) | |
| Defendant. ) | |

INFORMATION

COUNT 1

The United States Attorney charges that:

On or about February 19, 2002, in the District of Hawaii, DARREN P. RAMONES, did knowingly and intentionally possess with intent to distribute and distribute methamphetamine,

its salts, isomers and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 2

The United States Attorney further charges that:

On or about March 21, 2002, in the District of Hawaii, DARREN P. RAMONES, did knowingly and intentionally possess with intent to distribute and distribute methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 3

The United States Attorney further charges that:

On or about March 28, 2002, in the District of Hawaii, DARREN P. RAMONES, did knowingly and intentionally possess with intent to distribute and distribute methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 4

The United States Attorney further charges that:

On or about May 14, 2002, in the District of Hawaii, DARREN P. RAMONES, did knowingly and intentionally possess with intent to distribute and distribute methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 5

The United States Attorney further charges that:

On or about May 17, 2002, in the District of Hawaii, DARREN P. RAMONES, did knowingly and intentionally possess with intent to distribute and distribute in excess of five (5) grams of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 6

The United States Attorney further charges that:

On or about May 23, 2002, in the District of Hawaii, DARREN P. RAMONES, did knowingly and intentionally possess with intent to distribute and distribute methamphetamine, its salts,

isomers and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 7

The United States Attorney further charges that:

On or about June 26, 2002, in the District of Hawaii, DARREN P. RAMONES, did knowingly and intentionally possess with intent to distribute and distribute in excess of five (5) grams of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 8

The United States Attorney further charges that:

On or about July 24, 2002, in the District of Hawaii, DARREN P. RAMONES, did knowingly and intentionally possess with intent to distribute and distribute in excess of five (5) grams of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

COUNT 9

The United States Attorney further charges that:

On or about October 31, 2002, in the District of Hawaii, DARREN P. RAMONES, did knowingly and intentionally possess with intent to distribute in excess of fifty (50) grams, to wit, approximately 219.6 grams of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

DATED: Sept. 6, _____, 2005, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI
Chief, Drug/Organized Crime Section

THOMAS J. BRADY
Assistant U.S. Attorney

UNITED STATES v. DARREN P. RAMONES
"Information"
Cr. No. _____

5