EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Drug/Organized Crime Section

THOMAS J. BRADY #4472
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
tom.brady@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                )<br>          Plaintiff,           )<br>                                )<br>     vs.                        )<br>                                )<br>DARREN P. RAMONES,              )<br>                                )<br>                                )<br>          Defendant.            )<br>                                )<br>                                )<br>_____) | CR. NO. 05-00361 DAE<br><br>GOVERNMENT'S SENTENCING<br>STATEMENT; CERTIFICATE OF<br>SERVICE<br><br>Date:   April 24, 2006<br>Time:   2:15 p.m.<br>Judge:  Hon. David A. Ezra |

GOVERNMENT'S SENTENCING STATEMENT

Comes now the United States of America, by and through its attorney, Thomas J. Brady, Assistant U.S. Attorney, and hereby states that it has received and reviewed the document entitled, "Draft Presentence Report."

The Government has no amendments or modifications to note thereto, and that it presently has no other factual information relevant to those areas addressed in said report.

DATED: January 25, 2006, at Honolulu, Hawaii.

        EDWARD H. KUBO, JR.
        United States Attorney
        District of Hawaii


By /s/ Thomas J. Brady
    THOMAS J. BRADY
    Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

<u>Served Electronically through CM/ECF</u>

DONNA M. GRAY, ESQ.   donna_gray@fd.org        January 25, 2006

Attorney for
Defendant DARREN P. RAMONES

DATED: January 25, 2005, at Honolulu, Hawaii.

/s/ Shelli Ann H. Mizukami