EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Drug/Organized Crime Section

THOMAS J. BRADY #4472
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
tom.brady@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00361 DAE |
| | ) | |
| Plaintiff, | ) | AMENDED CERTIFICATE OF SERVICE |
| | ) | RE: GOVERNMENT'S SENTENCING |
| vs. | ) | STATEMENT |
| | ) | |
| DARREN P. RAMONES, | ) | Date:   April 24, 2006 |
| | ) | Time:   2:15 p.m. |
| | ) | Judge:  Hon. David A. Ezra |
| Defendant. | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

AMENDED CERTIFICATE OF SERVICE
RE: GOVERNMENT'S SENTENCING STATEMENT

      I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the Government's Sentencing Statement was served on the following at their last known addresses:

<u>Served Electronically through CM/ECF</u>

DONNA M. GRAY, ESQ.   donna_gray@fd.org          January 25, 2006

Attorney for
Defendant DARREN P. RAMONES

<u>Served by Hand-Delivery</u>:

Malia Eversole                                   January 25, 2006
Probation Office
U.S. Courthouse, Room C-110
300 Ala Moana Boulevard
Honolulu, HI  96850

      DATED: January 25, 2005, at Honolulu, Hawaii.

                                    <u>/s/ Shelli Ann H. Mizukami</u>