# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/27/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 05-00361DAE |
| CASE NAME: | USA v. Darren P. Ramones |
| ATTYS FOR PLA: | Tom Brady |
| ATTYS FOR DEFT: | Donna Gray |
| USPO: | Malia Eversole |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 4/27/2006 | TIME: | 9:50am-10:00am(m/d) 10:00am-10:30am(sent) |

COURT ACTION: EP: Sentencing to Count 9 of the Information as to Defendant Darren P. Ramones. Government's Motion for Downward Departure.

Defendant Darren P. Ramones present, not in custody.

The Memorandum Plea Agreement is accepted.

Government's Motion for Downward Departure-GRANTED.

Presentence Report adopted. Sentencing recommendations heard. Allocution by Defendant Darren P. Ramones.

SENTENCE:

Imprisonment:  14 DAYS

Supervised Release:  5 YEARS

CONDITIONS:

    1.    Defendant shall abide by the standard conditions of supervision.

    2.    Defendant shall not commit any federal, state, or local crimes.

3. Defendant shall not possess illegal controlled substances.

4. Defendant shall cooperate in the collection of DNA as directed by the probation officer.

5. Defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter, but no more than 8 valid drug tests per month during the term of supervised release, as directed by the Probation Office.[DRUG TESTING IS WAIVED]

6. Defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

7. That the defendant serve 8 months of home detention as arranged by the Probation Office.  During this time, the defendant shall remain at his place of residence during nonworking hours and shall not leave his residence except for medical appointments or to attend church without the approval of the Probation Office.  During the first four months of home detention, the defendant is not allowed any social leave.  During the second four months of home detention, the defendant is allowed at least one weekend evening of social leave at the discretion and direction of the Probation Office.

8. The fine of $1,000 is due immediately and any remaining balance upon release from confinement be paid during the period of supervision on an installment basis according to the collection policy of the Probation Office but at a rate of not less than 10 percent of this monthly gross income. Interest is waived while the defendant is serving his term of imprisonment and shall commence to accrue on any remaining balance upon his release on supervision.

9. Defendant shall execute all financial disclosure forms and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

10. Defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision.  Failure to submit to a search may be grounds for revocation.  The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

Special Assessment:  $100.00.

Defendant to self-surrender @2:00 p.m. on 6/5/2006 at the facility designated by the Bureau of Prisons. The time is the time at the facility.

Mittimus is stayed until 6/5/2006.

Defendant advised of his right to appeal.

Government's Oral Motion to Dismiss all remaining counts - GRANTED.

Current bail conditions of release to continue.

Submitted by: Theresa Lam, Courtroom Manager