PETER C. WOLFF, JR.  #2332
Federal Public Defender
District of Hawaii

DONNA M. GRAY      # 4519
First Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii  96850-5269
Telephone:  (808) 541-2521
Facsimile:  (808) 541-3545
E-Mail:     fpdhi@hotmail.com

Attorney for Defendant
DARREN P. RAMONES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 05-00361 DAE-01 |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER TO |
| | ) STAY MITTIMUS PENDING SELF- |
| vs. | ) SURRENDER |
| | ) |
| DARREN P. RAMONES, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**STIPULATION AND ORDER TO
STAY MITTIMUS PENDING SELF-SURRENDER**

IT IS HEREBY STIPULATED AND AGREED by and between the

parties herein that this Honorable Court stay Darren Ramones' mittimus an

additional two weeks to and until June 19, 2006.  Mr. Ramones' previously set

self-surrender date is June 5, 2006.  The new self-surrender date is June 19, 2006 at 2:00 p.m. local time at the designated facility.  This stipulation is necessary because the Bureau of Prisons has not yet designated Mr. Ramones, and he needs additional time to make travel arrangements.

    IT IS SO STIPULATED:

    DATED:  Honolulu, Hawaii,

    /s/ Peter C. Wolff, Jr.
PETER C. WOLFF, JR.
DONNA M. GRAY
Attorneys for Defendant
DARREN P. RAMONES

 for /s/ Louis A. Bracco
THOMAS BRADY
Attorney for Plaintiff
UNITED STATES OF AMERICA

    IT IS APPROVED AND SO ORDERED:

    DATED:  Honolulu, Hawaii, June 2, 2006.



David Alan Ezra
United States District Judge

United States v. Darren P. Ramones
Cr. No. 05-00361 DAE
Stipulation and Order to Stay Mittimus Pending Self-Surrender