# ORIGINAL

| PROB 22<br>(Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)*<br>CR 05-00361DAE-01 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)*<br>2:06 CR 0266 JCM-RJ |

| NAME OF PROBATIONER/SUPERVISED RELEASEE:<br>DARREN P. RAMONES | DISTRICT<br>District of Hawaii | DIVISION<br>Honolulu |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br>David Alan Ezra | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 7/3/2006  TO 7/2/2011 |

**OFFENSE**

POSSESSION WITH INTENT TO DISTRIBUTE 50 GRAMS OR MORE OF METHAMPHETAMINE, in violation of 21 U.S.C. § 841(a)(1)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the <u>District of Nevada (Las Vegas)</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

JUL 17 2006
_____
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE District of Nevada (Las Vegas)

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

July 31, 2006
_____
Effective Date

_____
James C. Mahan
United States District Judge

I hereby attest and certify on 8-4-06 that the foregoing document is a full, true and correct copy of the original on file in my legal custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA

By _____ Deputy Clerk

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
AUG 0 8 2006
at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK