UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF NEVADA
LLOYD D. GEORGE FEDERAL COURTHOUSE
333 LAS VEGAS BOULEVARD SOUTH, Room 1334
LAS VEGAS, NEVADA 89101
(702) 464-5400

**LANCE S. WILSON**
CLERK OF COURT

**CYNTHIA J. JENSEN**
CHIEF DEPUTY, LAS VEGAS

**JAKE HERB**
CHIEF DEPUTY, RENO

August 4, 2006

CLERK, U.S. DISTRICT COURT
District of Hawaii
300 Ala Moana Blvd.  Room C338
Honolulu, HI  96850

Re: Transfer of Jurisdiction

    USA vs Darren P. Ramones

    Your Case # CR 05-00361DAE-01
    District of Nevada Case # 2:06-cr-00266-JCM-RJJ

Dear Clerk:

    On July 31, 2006, this court accepted transfer of jurisdiction on the above listed defendant. In order to open the case in our court, please send us certified copies of the Indictment/Information, Judgment and docket sheet from your district. Find attached a copy of the Probation 22 form signed by both jurisdictions.

    ** District of Nevada is currently using CM/ECF, and judges now sign documents electronically**

Thank you,

LANCE S. WILSON

By: /s/ _____
Karen Richardson, Deputy Clerk

Please acknowledge receipt on the enclosed copy of this letter.

Received By: _____  Date: _____

RECEIVED
CLERK U.S. DISTRICT COURT
AUG 0 8 2006
DISTRICT OF HAWAII